UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                :        Chapter 7
                                      :
MICHAEL KOEHLER                       :
                                      :
                                      :        Case No. 18-17188

## PRAECIPE TO AMEND DEBTOR'S ADDRESS

To the Clerk of Bankruptcy Court:

Kindly amend the debtor's address in the above listed petition to read:

**2226 6th Street**
**Bethlehem, PA 18020**

/s/ Paul H. Young
Paul H. Young, Esquire
Counsel for Debtor
YOUNG, MARR & ASSOCIATES
3554 Hulmeville Rd., Ste. 102
Bensalem, PA 19020
(215) 639-5297